UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2675 JRT/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY J. ALLEN,<br><br>Defendant,<br><br>SOUTHWEST LUMBER,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on February 16, 2005. The garnishee indicates that the defendant is currently being garnished for child support so there are no funds available for an additional garnishment.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on February 16, 2005, is hereby released.

Dated: February 25, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge