UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2675 JRT/RLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **GARNISHMENT ORDER**
)
TIMOTHY J. ALLEN, )
)
Defendant, )
)
THE JACOBSON COMPANIES, )
)
Garnishee. )

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is currently being garnished for child support and there are no funds available for an additional garnishment,

THEREFORE, IT IS ORDERED that the Writ of Garnishment served on February 22, 2006, is hereby released.

Dated: March 24, 2006

s/Raymond L. Erickson
Magistrate Judge
United States District Court